# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 10-00411-MMM | Date | May 24, 2010 |
|---|---|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|
| Interpreter | |

| ANEL HUERTA | N/A | PETER BALDWIN - Not present<br>RONALD CHENG - Not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Samuel Ifeanyi Nwabueze | NOT | ✔ | | 2. DFPD Carlton Gunn | NOT | ✔ | |

**Proceedings:** [In Chambers] Order Referring Application for Review/Consideration of Bond [25] to Magistrate Judge

Defendant's application for review of bond, filed on May 21, 2010, is hereby referred to Magistrate Judge Mumm.