# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No.: _____  Date: _____

Title: U.S.A. v. _____

Present: The Honorable _____ , ☐ District Judge / ☐ Magistrate Judge

| _____ | _____ | _____ |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Court Reporter / Tape No.* |

| _____ | _____ |
|---|---|
| *Counsel for Defendant* | *Interpreter* |
| ☐ Retd.    ☐ DFPD    ☐ Panel | |

## PROCEEDINGS:   BAIL REVIEW HEARING

Hearing on modification of bail had and Court orders bail as to the above-named defendant modified to:

☐ Personal Recognizance *(Signature only - no $ amount)*          ☐ Collateral Bond in amount of $_____
☐ Unsecured Appearance Bond in amount of $_____          *(Cash or negotiable securities)*
☐ Appearance Bond in amount of $_____                        ☐ Corporate Surety Bond in amount of $_____
    ☐ With cash deposit *(amount or %)* _____               *(Corporate Surety Bond requires separate form)*
    ☐ With affidavit of surety *(no justification - Form CR-4)*   ☐ Surety to be _____
    ☐ With justification affidavit of surety *(Form CR-3)*           ☐ Release NOW and justify by _____
    ☐ With deeding of property                                                        or appear before Magistrate Judge _____
☐ PSA supervision          ☐ Intensive                                           on _____ at _____ ☐AM /☐ PM

### THE FOLLOWING ADDITIONAL CONDITIONS OF BAIL HAVE BEEN IMPOSED BY THE COURT

☐ Defendant is to surrender to the Clerk of Court any passport issued in his/her name and not apply for the issuance of a passport during the pendency of this case.
☐ Bail is subject to a Nebbia Hearing.
☐ Travel restricted to Central District/California; other _____
☐ Defendant to reside with _____
☐ Defendant is not to use or possess illegal drugs.
☐ Defendant is not to use or possess firearms.
☐ Defendant is to cooperate with Pretrial Services in a drug treatment and testing program.
☐ Defendant is to participate in a residential drug/alcohol treatment program as approved by Pretrial Services.
☐ Defendant is not to commit any federal, state or local crimes.
☐ Defendant is to avoid places of egress, i.e., airports, bus terminals, seaports, etc.
☐ Other conditions: _____
_____

☐ Date Bond Posted: _____          ☐ Release ordered. No. _____

### FURTHER ORDER OF THE COURT

☐ Motion for bail is DENIED.
☐ Case continued to _____ at _____ ☐ AM / ☐ PM for _____
☐ Other: _____
_____

cc:  Defense Attorney
     Assistant U.S. Attorney
     ☐ USPO
     ☐ PSALA, ☐ PSASA, ☐ PSAED                                                                 _____ : _____
                                                                                                                           By: _____

M-18 (08/08)                              **MINUTES - BAIL MODIFICATION HEARING**