SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CARLTON F. GUNN (No. 112344)
Deputy Federal Public Defender
(E-mail: Carlton_Gunn@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Tel.: 213- 894-1700; Fax: 213-894-0081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 10-411-MMM |
| v. | |
| Samuel Nwabueze, Jr. | APPLICATION ~~OF THE~~ ~~GOVERNMENT OR DEFENDANT~~ FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER; ORDER THEREON |
| DEFENDANT(S). | |

Application is hereby made to the Criminal Duty Judge by the ☐ Government  ☒ Defendant  ☐ PSA pursuant to Local Criminal Rule 46-1.4 for a review of the bail set in the above-entitled matter as follows:

Name of Defendant: Samuel Nwabueze, Jr.
Nature of case *(check one)*: ☒ Local  ☐ Out-of-District
Upon *(check one)* ☐ Complaint  ☒ Indictment  ☐ Information
Set by United States Magistrate Judge Frederick F. Mumm on 4/12/2010 .
(List all dates of any additional bail reviews: 5/27/2010 .)
Present bail: Set at: $_____  ☒ Detention
Type of Bond: _____
Additional Conditions of Release: _____
☐ Pre-Trial Supervision     ☐ Surrender of Passport     ☐ Travel Restrictions
☐ CTC Placement            ☐ Drug Testing              ☐ Nebbia Hearing
☐ Other: _____

The government ☐ has ☐ has not requested a stay from the Magistrate Judge of the order setting bail pending a review and decision of the criminal duty judge, and a stay has been
☐ Granted to _____ .
☐ Denied.
☐ Pending Review.

## NOTICE OF COURT ORDER

By Order of Court, Application for Review is:
☐ Denied without prejudice to a hearing by the trial judge.
☐ Granted and this case is calendared for hearing on June 14, 2010 at 1:15 p.m.
before the District Judge Margaret M. Morrow in Courtroom No. 780 .

Notice shall be given to:  ☐ U.S. Attorney  ☐ Defense counsel  ☐ Pre Trial Services Agency  ☐ Interpreter Section
no later than _____ .

_____     _____
Date                            Criminal Duty Clerk

cc: Magistrate Judge whose bail setting is subject of review

## PROOF OF SERVICE

Notice is hereby given to you of an Application ~~for an Order of the Judge~~ for Review of Magistrate Judge's Bail Order and Order Thereon, setting this matter on calendar for hearing.

Notice is given on <u>June 7, 2010</u> at <u>2:50 p.m.</u> by:

☐ personally handing or

☒ faxing a copy to <u>Peter Baldwin , AUSA</u>
*(Name of counsel for the Government or Defendant)*

---

## ACKNOWLEDGMENT OF SERVICE

Received by government's counsel on _____ by _____
*Signature of person served*

_____
*Name of person served*

Received by defendant's counsel on _____ by _____
*Signature of person served*

_____
*Name of person served*

Received by Pre-Trial Services on _____ by _____
*Signature of person served*

_____
*Name of person served*

Received by Interpreter's Section on _____ by _____
*Signature of person served*

_____
*Name of person served*

CR -62 (12/03)   APPLICATION ~~FOR AN ORDER OF THE JUDGE~~
FOR REVIEW OF MAGISTRATE JUDGE'S BAIL ORDER; ORDER THEREON   Page 2 of 2