SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CARLTON F. GUNN (No. 112344)
Deputy Federal Public Defender
(E-mail: Carlton_Gunn@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-1700
Facsimile (213) 894-0081

Attorneys for Defendant
SAMUEL NWABUEZE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> SAMUEL NWABUEZE, </br></br> Defendant. | NO. CR 10-411-MMM </br></br> **STIPULATION TO MODIFY BOND CONDITIONS** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff, United States of America, through its counsel of record, Assistant United States Attorney Peter Baldwin, and defendant Samuel Nwabueze, Jr., through his counsel of record, Deputy Federal Public Defender Carlton F. Gunn, that the bond in this matter shall be modified to provide that defendant may be released upon posting of $2,000 of the $5,000 cash deposit and that the remaining $3,000 will be posted in three separate amounts of $1,000 on or about the following dates: August 6, 2010, August 20, 2010, and September 3, 2010.

1. IT IS FURTHER STIPULATED that failure to post any of the three remaining $1,000 portions of the cash deposit within three business days of the dates noted above will be deemed a violation of the terms and conditions of defendant's pretrial release.

2. IT IS FURTHER STIPULATED that this stipulation is entered into because banking restrictions in Nigeria, where defendant's mother lives, limit her transfer of money to a foreign country to just $1,000 every two weeks.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: July 22, 2010     By /s/ Carlton F. Gunn
CARLTON F. GUNN
Deputy Federal Public Defender


ANDRÉ BIROTTE JR.
United States Attorney

DATED: July 22, 2010     By /s/ Peter W. Baldwin (by CFG w/ e-mail authorization)
PETER W. BALDWIN
Assistant United States Attorney